UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIE TONEY,**

        **Plaintiff,**

v.                                               Case No:   6:20-cv-182-Orl-78EJK

**ADVANTAGE CHRYSLER-DODGE-JEEP, INC., SYNERGY MARKETING ADVISORS, INC and STRATICS NETWORKS, INC.,**

        **Defendants.**

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon a *sua sponte* review of the file. The Court issued an Order Directing Compliance (Doc. No. 84) directing Defendant Advantage Chrysler-Dodge-Jeep, Inc. to file a **Notice of Pendency of Other Actions** on or before November 6, 2020. As of today, Defendant Advantage Chrysler-Dodge-Jeep, Inc. has failed to comply.

It is therefore **ORDERED** that Defendant Advantage Chrysler-Dodge-Jeep, Inc. file a written response on or before **December 18, 2020** as to why sanctions should not be imposed for failure to comply and shall file the required form. Failure to comply may result in the imposition of sanctions without further notice.

**DONE** and **ORDERED** in Orlando, Florida on December 14, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record