UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:20-cv-00182-WWB-EJK

WILLIE TONEY, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

ADVANTAGE CHRYSLER-DODGE-JEEP, INC.,
a Florida corporation,

    Defendant.
_____/

## DEFENDANT, ADVANTAGE CHRYSLER-DODGE-JEEP INC.'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant, ADVANTAGE CHRYSLER-DODGE-JEEP, INC, by and through their undersigned counsel, files this Response to this Court's Order to Show Cause for failure to Comply for Failure to file a Notice of Pendency [DE 99] and states the following:

1. On or December 14, 2020, within two hours of the receipt of this Court's Order, the undersigned filed the Notice of Pendency [DE 100][i].

2. After further investigation of the matter, the undersigned submits that the failure to file the Notice of Pendency was due to excusable neglect.

3. Upon receipt of this Court's Order, the undersigned realized that the Notice had not been filed, appreciated the import of the matter at hand and sought to remedy the issue in an expeditious matter. The undersigned has taken steps to ensure that this does not happen again.

4. Moreover, the undersigned had an opportunity to confer with Plaintiff's counsel and they advised that the Plaintiff was not prejudiced by the failure to timely file the Notice.

5. Based on the foregoing, the undersigned respectfully requests that this Court vacate the Show Cause Order.

Case 6:20-cv-00182-WWB-EJK   Document 104   Filed 12/15/20   Page 2 of 2 PageID 621
Tenny, Wallie, et al. v. Advantage Agency, et al.
Case No. 6:20-cv-00182-WWB-EJK
Page 2

Submitted: December 15, 2020

        **KURKIN FOREHAND BRANDES LLP**
        Attorneys for Defendant
        18851 NE 29th Avenue, Suite 303
        Aventura, Florida 33180
        Tel: (305) 929-8500
        Fax: (305) 675-0564
        Primary: cblinderman@kfb-law.com
        Secondary: bvillalobos@kfb-law.com
        Secondary  lbevans@kfb-law.com

        By:  s/CRAIG H. BLINDERMAN
             CRAIG H. BLINDERMAN
             Florida Bar No. 896098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

        **KURKIN FOREHAND BRANDES LLP**
        Attorneys for Defendant
        18851 NE 29th Avenue, Suite 303
        Aventura, Florida 33180
        Tel: (305) 929-8500
        Fax: (305) 675-0564
        Primary: cblinderman@kfb-law.com
        Secondary: bvillalobos@kfb-law.com
        Secondary  lbevans@kfb-law.com

        By:  s/CRAIG H. BLINDERMAN
             CRAIG H. BLINDERMAN
             Florida Bar No. 896098

---

[i] An Amended Notice of Pendency [DE 102] was filed on December 15, 2020, in order to correct a scrivener's error on the original Notice.